# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

148493

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

LORENZO DONNELL RELERFORD, JR.,
    Defendant-Appellee.

SC: 148493
COA: 310488
Genesee CC: 11-028558-FC

_____/

      On order of the Court, the application for leave to appeal the November 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



                 Clerk

h0604